

# NUMBER 13-19-00114-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JULIO CESAR RAMIREZ, **Appellant,**

**v.**

JAIME CRISTOBAL RAMIREZ, **Appellee.**

### On appeal from the 445th District Court of Cameron County, Texas.

## MEMORANDUM OPINION

### Before Justices Benavides, Perkes, and Tijerina
### Memorandum Opinion by Justice Tijerina

This matter is before the Court on the appellant's failure to file a brief or reasonably explain his failure to do so. The appellant's brief in the above cause was originally due on September 4, 2019.

On September 5, 2019, the Clerk of the Court notified appellant that the brief had not been timely filed and that the appeal was subject to dismissal for want of prosecution

under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of the letter, appellant reasonably explained the failure and the appellee was not significantly injured by the appellant's failure to timely file a brief.

Subsequent to the clerk's notice, appellant moved for and was granted several extensions. On January 29, 2020, this Court ordered the brief to be filed on or before February 4, 2020. To date, Appellant has failed to file a brief.

Appellant has failed to either reasonably explain his failure to file a brief, file a motion for extension of time to file his brief, or file his brief. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a), 42.3(b).

JAIME TIJERINA,
Justice

Delivered and filed the
12th day of March, 2020.

2